FILED
2020 JAN -6 PM 3: 53

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Arash Yaghoubzadeh, In Proper
PLAINTIFF/PETITIONER,

v.

Law School Admission Council, Inc.
DEFENDANT(S).

CASE NUMBER

CV20-00138-CJC-AFMx

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, Arash Yaghoubzadeh, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____
   
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 12/2017, $1000.00

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?   ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
   d. Gifts or inheritances?   ☐Yes ☒No
   e. Any other income (other than listed above)?   ☐Yes ☒No
   f. Loans?   ☒Yes ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: I received a loan of $5000.00 from my mother.

---

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT
CV-60 (04/06)                                                                                             Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   personal checking account, $500.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒Yes ☐No

   If the answer is yes, describe the property and state its approximate value: Car, valued at $10,000.00

5. In what year did you last file an Income Tax return? 2018
   Approximately how much income did your last tax return reflect? $11,000

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   Nicole Fulladosa - wife, Ocean, Isla, Leo Yaghoubzadeh - 3 children
   I contribute approximately $400 per month. Wife also works.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

California
State

Los Angeles
County (or City)

I, Arash Yaghoubzadeh, declare under penalty of perjury that the foregoing is true and correct.

1-6-2020
Date

Arash Yaghoubzadeh, In proper
Plaintiff/Petitioner (Signature)