Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Caroline Mew (*Pro Hac Vice application pending*)
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, DC 20005-3960
Telephone: 202.654.1767
Facsimile: 202.654.6211

Attorneys for Defendant
Law School Admission Council, Inc.,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARASH YAGHOUBZADEH, IN PRO PER., ("Yaghoubzadeh") <br><br> Plaintiff, <br><br> v. <br><br> LAW SCHOOL ADMISSION COUNCIL, INC. ("LSAC"), <br><br> Defendant. | Case No. 2:20-cv-00138-CJC-AFM <br><br> **DEFENDANT LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT** <br><br> Date: June 8, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 7C <br> Judge: Hon. Cormac J. Carney |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 8, 2020 at 1:30 p.m., or as soon as the matter may be heard in Courtroom 7C of the United States District Court for the Central District of California, located at the First Street Federal Courthouse, 350 West First Street, Los Angeles, California 90012, Defendant Law School Admission Council, Inc. ("LSAC") will move and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an Order dismissing all claims asserted in the Complaint by Plaintiff Arash Yaghoubzadeh ("Plaintiff").

This motion is based on this notice of motion and motion, the concurrently filed memorandum of points and authorities, all pleadings and papers on file in this action, and such other and further matters as the Court may consider.

This motion is made following a conference between defense counsel and Plaintiff, who is unrepresented, pursuant to L.R. 7-3, which took place on April 24, 2020.

DATED:  April 30, 2020

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ *Alisha C. Burgin*
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com

Attorneys for Defendant
Law School Admission Council, Inc.