DAVIS WRIGHT TREMAINE LLP
Bonnie MacNaughton (SBN 107402)
    bonniemacnaughton@dwt.com
John Goldmark (*pro hac vice*)
    johngoldmark@dwt.com
920 Fifth Avenue, Ste 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Fax: (206) 757-7700

Nicole Phillis (SBN 291266)
    nicolephillis@dwt.com
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax" (213) 633-6899

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH YAGHOUBZADEH, plaintiff in proper,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>Defendant. | Case No. 2:20-cv-00138-CJC-AFM<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to the Hon. Cormac J. Carney<br><br>Action Filed: January 6, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff Arash Yaghoubzadeh ("Yaghoubzadeh") and Defendant the Law School Admission Council, Inc. ("LSAC") (together, the "Parties") have reached a settlement in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The Parties hereby respectfully request that this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal, with prejudice, as to all parties will be filed within 60 days.

DATED: December 4, 2020

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
BONNIE MACNAUGHTON
JOHN GOLDMARK
NICOLE S. PHILLIS

By: /s/ Nicole S. Phillis
    Nicole S. Phillis

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

DATED: December 4, 2020

By: /s/ Arash Yaghoubzadeh
    Arash Yaghoubzadeh

Plaintiff ARASH YAGHOUBZADEH

# **FILER ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4, I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 4th day of December, 2020, at Los Angeles, California.

DATED: December 4, 2020

DAVIS WRIGHT TREMAINE LLP
BONNIE MACNAUGHTON
JOHN GOLDMARK
NICOLE S. PHILLIS

By: /s/ Nicole S. Phillis
      Nicole S. Phillis

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.