DAVIS WRIGHT TREMAINE LLP
Bonnie MacNaughton (SBN 107402)
    bonniemacnaughton@dwt.com
John Goldmark (*pro hac vice*)
    johngoldmark@dwt.com
920 Fifth Avenue, Ste 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Fax: (206) 757-7700

Nicole Phillis (SBN 291266)
    nicolephillis@dwt.com
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax" (213) 633-6899

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH YAGHOUBZADEH, plaintiff in proper,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>Defendant. | Case No. 2:20-cv-00138-CJC-AFM<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Assigned to the Hon. Cormac J. Carney<br><br>Action Filed: January 6, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

COME NOW Plaintiff Arash Yaghoubzadeh ("Yaghoubzadeh") and Defendant the Law School Admission Council, Inc. ("LSAC") through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate and move this Court to dismiss this matter, and all claims asserted therein, with prejudice, and without an award of fees or costs to any party.

Respectfully submitted,

DATED: December 4, 2020

By: /s/ Arash Yagoubzadeh
    Arash Yaghoubzadeh

Plaintiff ARASH YAGHOUBZADEH

DATED: December 4, 2020

DAVIS WRIGHT TREMAINE LLP
BONNIE MACNAUGHTON
JOHN GOLDMARK
NICOLE S. PHILLIS

By: /s/ Bonnie MacNaughton
    Bonnie MacNaughton

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

---

1

JOINT STIPULATION AND
REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No. 2:20-cv-00138-CJC-AFM
4830-8767-5603v.1 0116311-000002

# **FILER ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4, I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 4th day of December, 2020, at Los Angeles, California.

DATED: December 4, 2020

DAVIS WRIGHT TREMAINE LLP
BONNIE MACNAUGHTON
JOHN GOLDMARK
NICOLE S. PHILLIS

By: /s/ Bonnie MacNaughton
      Bonnie MacNaughton

Attorneys for Defendant
LAW SCHOOL ADMISSION
COUNCIL, INC.

2

JOINT STIPULATION AND
REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No. 2:20-cv-00138-CJC-AFM
4830-8767-5603v.1 0116311-000002