UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | CV 20-00138-CJC (AFMx) | Date | December 8, 2020 |
|---|---|---|---|
| Title | Arash Yaghoubzadeh v. Law School Admission Council, Inc. | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS

    Having been advised by the parties that this action has been resolved (*see* Stipulation to Dismiss Case With Prejudice [55]), the Court hereby orders the action dismissed with prejudice, and all proceedings and deadlines vacated.

                                                                                                                                                                                                     -    :    -

Initials of Deputy Clerk    cw